Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Criminal Productions, Inc., a Nevada Corporation, | Case 2:16-cv-03327-DJH |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| John and Jane Doe 1-15, | |
| Defendants. | |

Plaintiff Criminal Productions, Inc. provides notice of its voluntary dismissal of John and Jane Doe Defendants 1-15 without prejudice. These Defendants have not appeared in this action and no answer has been filed; accordingly, dismissal under Rule 41(a) is appropriate.

With this dismissal, no defendants remain and this action can be terminated.

RESPECTFULLY SUBMITTED this 20th of December, 2016.

KERCSMAR & FELTUS PLLC

By  *s/Gregory Collins*
    Geoffrey S. Kercsmar
    Gregory B. Collins
    7150 East Camelback Road, Suite 285
    Scottsdale, Arizona 85251
    *Attorneys for Plaintiff*